# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0540.  MARSHA L. MUHAMMAD v. SETH MUHAMMAD.**

Marsha L. Muhammad seeks appellate review of the trial court's amended final order in her divorce proceeding. The Georgia Supreme Court, however, has jurisdiction over all divorce and alimony cases.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Todd v. Todd*, 287 Ga. 250 (703 SE2d 597) (2010).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*